Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Steven Nunes                                  **Case Number:** 0101 1:12-10161

**Name of Sentencing Judicial Officer:** The Honorable William H. Pauley III, United States District Judge for the Southern District of New York

**Name of Assigned Judicial Officer:** The Honorable Nathaniel M. Gorton, United States District Judge for the District of Massachusetts

**Date of Original Sentence:** 2/27/2012

**Original Offense:** Conspiracy to Possess and Distribute Narcotics, in violation of 21 U.S.C. § 841(b)(1)(A) and Distribute and Possess with Intent to Distribute Narcotics, in violation of in violation of 21 U.S.C. § 841(a)(1)(A)

**Original Sentence:** Time served

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** 2/3/2016

---

## NON-COMPLIANCE SUMMARY

**Violation Number**   **Nature of Noncompliance**
I.                    Violation of Standard Condition #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

   A. On 9/20/2016, Mr. Nunes provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for Cocaine and Oycodone. On 9/23/16 Mr. Nunes reported he had taken a Percocet that he claimed he obtained from a friend who was prescribed the same. Mr. Nunes denied cocaine use. This test was sent the National Laboratory on 9/23/16 for further testing. The results of the test were confirmed, positive for cocaine, on 9/29/16.

**U.S. Probation Officer Action:** On 9/23/16, Probation Officer Affsa confronted Mr. Nunes about his drug use. Mr. Nunes reported he had taken a Percocet that he claimed he obtained from a friend who was prescribed the same. Mr. Nunes denied cocaine use. As a result of this continued denial of cocaine, this test was sent to the National Laboratory for further testing. The results of the test were confirmed, positive for cocaine, on 9/29/16. This Probation Officer confronted Mr. Nunes with the confirmed results. Mr. Nunes continues to deny cocaine use.

As a result of this positive drug test and Mr. Nunes continued denial of use, the probation officer is increasing the randomized drug testing frequency in order to more closely monitor his sobriety or drug use and will notify Your Honor of any additional violations.

Mr. Nunes has been made aware that additional positive drug tests will result in our initiation of the revocation process as required under Title 18 U.S.C. 3565(b) and 3583(g) which provides for mandatory revocation of

Prob 12A                                -2-                          Report on Offender Under Supervision

supervised release for testing positive for illegal use of controlled substances more than (3) three times over the course of (1) one year. Our office is providing Mr. Nunes with yet another opportunity to comply with his conditions of release and to improve his circumstances. If additional violations occur, we will notify Your Honor.

Reviewed/Approved by:                              Respectfully submitted by,

/s/ Basil Cronin                                   /s/ Jessica Turkington
Basil Cronin                                       Jessica Turkington
Supervision U.S. Probation Officer                 U.S. Probation Officer
                                                   Date:        10/5/2016

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge for the District of Massachusetts

10/14/16
Date